**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

**BY ECF**

Conference adjourned from December 18, 2019
to January 9, 2020 at 12:15 p.m.
SO ORDERED.
Dated:  12/12/2019

P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States v. David Ruiz*, 06 Cr. 543 (PKC)

Dear Judge Castel:

       With the consent of defense counsel, the Government respectfully submits this letter on behalf of the parties to request an adjournment of the conference currently scheduled in the above-referenced case for December 18, 2019, at 11:15 a.m., to a date during the week of January 6, 2020, or a convenient date thereafter.

       As Your Honor is aware, the defendant is charged with violating conditions of his release in a violation report dated October 19, 2017.  The most serious specifications in the violation report relate to state robbery charges, which the defendant was recently convicted of following a trial in Queens County.  At the last conference in this case, on November 13, 2019, the Government said that it would submit to the Court the trial transcript from the Queens County case for the Court's consideration in assessing whether the defendant violated his conditions of supervised release. Following the conference, the Government ordered for expedited delivery the trial transcript, which had not been ordered by the Queens County District Attorney's Office and therefore was not previously prepared.  The Government also requested from the District Attorney's Office copies of the People's Exhibits admitted at trial.  The Government recently received these materials and is preparing copies for the Court and defense counsel.  The Government expects to produce the materials on or before Monday, December 16, 2019.  The requested adjournment would

Page 2

allow the parties time to review the materials, as well as to prepare and submit for the Court's consideration brief statements of fact and conclusions law.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  ____/s/ Timothy V. Capozzi_____

Timothy V. Capozzi
Assistant United States Attorney
Southern District of New York
(212) 637-2404

cc:    James M. Branden, Esq. (by ECF)