UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                06-cr-543 (PKC)

    -against-                       ORDER

DAVID RUIZ,

              Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference originally scheduled for January 23, 2020 is adjourned to January 27, 2020 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                   */s/ P. Kevin Castel*
                                                     P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
          January 23, 2020